# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SANTIAGO, individually and on behalf of all others similarly situated, | Civil Action No. 2:23-cv-1811-CCW |
| Plaintiff, | |
| v. | |
| AMERICAN TEXTILE COMPANY, INCORPORATED, | |
| Defendant. | |

## NOTICE OF APPEARANCE

To:  CLERK OF COURT

Kindly enter the appearance of Attorney Michael J. Joyce of Saul Ewing LLP as counsel for Defendant, American Textile Company, Inc., in the above-captioned matter.

Dated: March 27, 2024

SAUL EWING LLP

/s/ Michael J. Joyce
Michael J. Joyce, Esq.
*Michael.Joyce@saul.com*
One PPG Place, 30th Floor
Pittsburgh, PA 15222
Tel.: (412) 209-2500
Fax: (412) 209-2539

*Counsel for Defendant*