UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JOHN SANTIAGO, individually and on behalf of all others similarly situated, | 2:23-cv-1811-CCW |
| Plaintiff, | |
| - against - | |
| AMERICAN TEXTILE COMPANY INCORPORATED, | |
| Defendant | |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, <u>AND APPROVAL OF NOTICE PLAN</u>**

Plaintiff John Santiago ("Plaintiff") now respectfully moves this Court for an order that: (1) grants preliminary approval of the proposed settlement agreement previously filed with the Court (ECF No. 43); (2) certifies, for settlement purposes only, a Settlement Class pursuant to Federal Civil Procedure Rules 23(a) and (b)(3); (3) appoints plaintiffs John Santiago, James Bruno, Alma Lancaster, and Kevin Shaw as the class representatives; (4) appoints Michael R. Reese of Reese LLP and Spencer Sheehan of Sheehan & Associates, P.C. as Class Counsel pursuant to Fed. R. Civ. P. 23; (5) appoints Verita Global, LLC as the claims administrator in charge of notice and claims administration; (6) approves the form and manner of Notice to be provided to the Settlement Class (as set forth in the accompany declaration of Christie K. Reed, Vice President of Legal Services for Verita, Regarding Settlement Notice Plan)("Verita Declaration"); and (7) sets a date for a Final Approval Hearing on any of the following dates: June 20, June 27, June 30, 2025 or July 1, 2025 (or the first date thereafter that is available for the Court). In support of this Motion, Plaintiff submits the accompanying Memorandum of Law; the Declaration of Proposed Class Counsel; and the Verita Declaration.

Pursuant to section II.F of Your Honor's Practices and Procedures, a proposed order granting this motion is attached hereto.

Dated: February 26, 2025                                    Respectfully submitted,

**SHEEHAN & ASSOCIATES, P.C.**                **REESE LLP**

*/s/ Spencer Sheehan*                                        */s/ Michael R. Reese*
Spencer Sheehan (W.D. Pa. Bar # 4942520)      Michael R. Reese (W.D. Pa. Bar # 206773)
60 Cuttermill Road, Suite 412                         100 West 93rd Street, 16th Floor
Great Neck, New York 11021                          New York, New York 10025
Tel: (516) 268-7080                                          Tel: (212) 643-0500
*spencer@spencersheehan.com*                      *mreese@reesellp.com*

*Proposed Class Counsel*