UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JOHN SANTIAGO, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>- against -<br><br>AMERICAN TEXTILE COMPANY INCORPORATED,<br><br>            Defendant | 2:23-cv-1811-CCW |

**PLAINTIFF'S AMENDED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, <u>AND APPROVAL OF NOTICE PLAN</u>**

Plaintiff John Santiago now respectfully submits this amended motion that is same as the previous motion (*see* ECF No. 45) but request new dates (highlighted below in bold) for a final approval hearing and hereby moves this Court for an order: (1) granting preliminary approval of the settlement agreement previously filed with the Court (ECF No. 43); (2) certify, for settlement purposes only, a Settlement Class pursuant to Federal Civil Procedure Rules 23(a) and (b)(3); (3) appoint plaintiffs John Santiago, James Bruno, Alma Lancaster, and Kevin Shaw as the class representatives; (4) appoint Michael R. Reese of Reese LLP and Spencer Sheehan of Sheehan & Associates, P.C. as Class Counsel pursuant to Fed. R. Civ. P. 23; (5) appoint Verita Global, LLC as the claims administrator in charge of notice; (6) approve the form and manner of Notice to be provided to the Settlement Class (as set forth in the accompany declaration of Christie K. Reed, Vice President of Legal Services for Verita, Regarding Settlement Notice Plan)("Verita Declaration"); and (7) set a date for a Final Approval Hearing on any of the following dates: **August 4, 5, 6, 7, or 8, 2025**. In support of this Motion, Plaintiffs rely upon the Memorandum of Law (ECF No. 46); the Declaration of Proposed Class Counsel (ECF No. 45-1); and the Verita Declaration (ECF No. 45-2) all of which were previously filed on February 26, 2025. Pursuant to section II.F of Your Honor's Practices and Procedures, a proposed order granting this motion is attached hereto.

Dated:  May 1, 2025                                             Respectfully submitted,

**SHEEHAN & ASSOCIATES, P.C.**                **REESE LLP**

*/s/ Spencer Sheehan*                                     */s/ Michael R. Reese*
Spencer Sheehan                                              Michael R. Reese
60 Cuttermill Road, Suite 412                         100 West 93rd Street, 16th Floor
Great Neck, New York 11021                        New York, New York 10025
Tel: (516) 268-7080                                          Tel: (212) 643-0500
*spencer@spencersheehan.com*                *mreese@reesellp.com*

*Proposed Class Counsel*